

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-15-00644-CV

Brett **RADCLIFFE**, Robert Radcliffe, and Mamba Minerals, LLC,
Appellants

v.

**TIDAL PETROLEUM, INC.**,
Appellee

From the 218th Judicial District Court, La Salle County, Texas
Trial Court No. 13-07-00176-CVL
Honorable Donna S. Rayes, Judge Presiding

BEFORE CHIEF JUSTICE MARION, JUSTICE ANGELINI, AND JUSTICE ALVAREZ

In accordance with this court's opinion of this date, we AFFIRM the trial court's order granting Tidal Petroleum, Inc.'s motion for summary judgment against the Radcliffes' claims of bad faith trespass, common law fraud, fraud by nondisclosure, civil conspiracy to defraud, conversion, misapplication of trust funds, breach of fiduciary duty, breach of operator's duty, theft under the Theft Liability Act, money had and received, and unjust enrichment.

We REVERSE the trial court's order granting Tidal Petroleum, Inc.'s motion for summary judgment against the Radcliffes' trespass-to-try-title claim.

We REMAND this cause to the trial court for further proceedings consistent with this opinion.

We tax costs of this appeal against the party that incurred them. *See* TEX. R. APP. P. 43.4.

SIGNED February 8, 2017.

_____
Patricia O. Alvarez, Justice